NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JETHRO CAGE,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2024-1678

---

Petition for review of the Merit Systems Protection Board in No. DA-0831-22-0028-I-2.

---

## O R D E R

Jethro Cage filed an opening brief and an appendix in the above-captioned appeal. The Clerk of Court found the opening brief and appendix to be non-compliant. Pursuant to the August 15, 2024, notice of non-compliance, failure to timely file a corrected version may result in the documents being stricken.

The petitioner having failed to file the corrected opening brief and corrected appendix within the time permitted by the court's September 13, 2024 order,

IT IS ORDERED THAT:

(1) The opening brief and appendix are stricken.

2                                                              CAGE V. OPM

(2) The petition for review be, and the same hereby is,
     DISMISSED, for failure to prosecute in accordance
     with the rules. *See* Fed. Cir. R. 25(c)(4); Fed. Cir. R.
     30(a)(5); Fed. Cir. R. 31(d).

FOR THE COURT

November 14, 2024
      Date

Jarrett B. Perlow
Clerk of Court